## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPHERIX INCORPORATED and NNPT, LLC, | § § § |
| Plaintiffs, | § § |
| v. | § § Civil Action No. 14-393 (SLR) (SRF) |
| CISCO SYSTEMS, INC. | § § § |
| Defendant. | § § § |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiffs Spherix Incorporation and NNPT, LLC ("Plaintiffs") and

Defendant Cisco Systems, Inc. ("Cisco") have resolved Plaintiffs' claims for relief against Cisco.

NOW, THEREFORE, Plaintiffs and Cisco, through their attorneys of record, request this

Court to dismiss Plaintiffs' claims for relief against Cisco with prejudice and Cisco's claims,

defenses and/or counterclaims for relief against Plaintiffs without prejudice, and with all

attorneys' fees, costs of court and expenses borne by the party incurring same.

December 3, 2015

COZEN O'CONNOR

*/s/ Joseph J. Bellew*
Joseph J. Bellew (#4816)
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
Tel: (302) 295-2025
Fax: (302) 701-2431
E-mail: jbellew@cozen.com

*Attorneys for Plaintiffs*
*Spherix Incorporated and NNPT, LLC*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
Tel:  (302) 658-9200
E-mail:  jblumenfeld@mnat.com

*Attorneys for Defendant,*
*Cisco Systems, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SPHERIX INCORPORATED and NNPT, LLC, | § § § § |
| Plaintiffs, | § § |
| v. | § Civil Action No. 14-393 (SLR) (SRF) § |
| CISCO SYSTEMS, INC. | § § |
| Defendant. | § § § § |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiffs Spherix Incorporated and NNPT, LLC, ("Plaintiffs") and Defendant Cisco Systems, Inc. ("Cisco") announced to the Court that they have resolved Plaintiffs' claims for relief against Cisco asserted in this case. Plaintiffs and Cisco have therefore requested that the Court dismiss Plaintiffs' claims for relief against Cisco with prejudice and Cisco's claims, defenses and/or counterclaims for relief against Plaintiffs without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Cisco are dismissed with prejudice and Cisco's claims, defenses and/or counterclaims for relief against Plaintiffs are dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SO ORDERED December ___, 2015.

_____
United States District Court Judge